UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GAIL VINCENT,

                      Plaintiff,

   v.

BELINDA STEWART, et al.,

                      Defendants.

No. C16-5023 RBL- KLS

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

    1)     The Court adopts the Report and Recommendation.

    2)     Plaintiff's Motion to Dismiss without Prejudice or to Amend (Dkt. 13) is **DENIED without prejudice**, because it is moot.

    3)     The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 3rd day of May, 2016.

                      Ronald B. Leighton
                      United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1