UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GAIL VINCENT,<br><br>                    Plaintiff,<br>   v.<br><br>BELINDA STEWART, et al.,<br><br>                    Defendants. | No. C16-5023 RBL- KLS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and **ORDER**:

1) The Court adopts the Report and Recommendation.

2) Plaintiff's Motions for Preliminary Injunction and to Waive Deposit on Security (Dkt. 8 and 9) are **STRICKEN** from the Court's docket.

3) The Clerk is directed to send copies of this Order to Plaintiff and to the Hon. Karen L. Strombom.

**DATED** this 3rd day of May, 2016.

Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1