HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GAIL VINCENT,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>BELINDA STEWART,<br><br>　　　　　　Defendant. | CASE NO. C16-5023RBL-TLF<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING MOTION FOR SUMMARY JDUGMENT |

THIS MATTER is before the Court on Magistrate Judge Strombom's Report and Recommendation [Dkt. #78] regarding Plaintiff Vincent's § 1983 complaint.

1. The Report and Recommendation is **ADOPTED;**

2. Defendants' Motion for Summary Judgment [Dkt. #46] is **GRANTED**, and Vincent's § 1983 claims against them are **DISMISSED with prejudice.**

//

//

//

ORDER ADOPTING REPORT AND
RECOMMENDATION AND GRANTING
MOTION FOR SUMMARY JDUGMENT - 1

3. The Clerk shall send copies of this Order to Plaintiff, defendants' counsel, and to United States Magistrate Judge Fricke (Judge Strombom's successor).

IT IS SO ORDERED.

Dated this 31st day of May, 2017.

_____
Ronald B. Leighton
United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION AND GRANTING
MOTION FOR SUMMARY JDUGMENT - 2