UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GAIL VINCENT, | CASE NO. C16-5023RBL |
| Plaintiff, | ORDER |
| v. | |
| BELINDA STEWART, et al., | |
| Defendants. | |

THIS MATTER is before the Court on Magistrate Judge Fricke's Report and Recommendation [Dkt. # 131], recommending that the Court DENY defendants' Second Motion for Summary Judgment [Dkt. # 118]:

(1) The Magistrate Judge's Report and Recommendation is ADOPTED;

(2) Defendants' Motion for Summary Judgment is DENIED.

(3) The Court RESERVES ruling on the admissibility of Erin Lystad's and Scott Light's testimony at trial.

IT IS SO ORDERED.

Dated this 6th day of January, 2020.

Ronald B. Leighton
United States District Judge